UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCIDES FERNANDO GUERRA FLORES (A-240-567-506), | No. 2:26-cv-00627-DJC-CSK |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, Warden of the California City Detention Facility, | |
| Respondent. | |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2026, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen days.  Respondent filed objections to the Findings and Recommendations.

In the objections, respondent cites *Avila v. Bondi*, 2026 WL 819258 (8th Cir. Mar. 25, 2025), as support for the government's interpretation of 8 U.S.C. § 1225(b)(2).  This case is not binding upon this Court, and this Court finds more

1

persuasive the Seventh Circuit's reasoning in *Castanon-Nava v. U.S. Dep't of Homeland Sec.*, 161 F.4th 1048 (7th Cir. 2025) and the dissent in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 508-21 (5th Cir. 2026), finding that 8 U.S.C. § 1225(b)(2) does not apply to noncitizens who are residing in the United States.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 9) are adopted in full.

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

3. Respondent is ordered to IMMEDIATELY release petitioner Alcides Fernando Guerra Flores (A-240-567-506) and be ordered to provide petitioner with a copy of the release order at or near the time of release.  If respondent has custody of petitioner's documents (e.g., identification, passport, work permit, Social Security card, etc.), respondent shall return those to petitioner at the time of release.

4. Absent establishment of detention authority pursuant to 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231, respondent is enjoined and restrained from re-detaining petitioner unless the government demonstrates, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that petitioner is a flight risk or danger to the community such that his physical custody is legally justified.

5. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

////

////

---

[1]  A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  *See* 28 U.S.C. § 2253; *Harrison v. Ollison*, 519 F.3d 952 (9th Cir. 2008).

2

6.  The Clerk is directed to serve the California City Detention Center (ICE), 22844 Virginia Blvd., California City, California  93505, with a copy of this Order.

Dated:  April 6, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

3